STATE OF CONNECTICUT *v.* JAMES R. SILVA

JAMES R. SILVA *v.* COMMISSIONER OF CORRECTION

The petition by James R. Silva for certification for appeal from the Appellate Court, 65 Conn. App. 234 (AC 20951/AC 20317), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Deborah G. Stevenson,* special public defender, in support of the petition.

*Lawrence J. Tytla,* senior assistant state's attorney, in opposition.

Decided October 10, 2001